UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

CIVIL ACTION NO. 04-344

LIDGE R. DOTSON, PLAINTIFF,

v. **ORDER**

SOCIAL SECURITY ADMINISTRATION, DEFENDANT.

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

The plaintiff brought this action pursuant to 42 U.S.C. § 405(g) to challenge a final decision of the defendant to deny Plaintiff's application for supplemental security income benefits. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration pursuant to 28 U.S.C. § 636(b).

On May 18, 2005, the Magistrate Judge filed her report and recommendation, concluding that the decision of the administrative law judge ("ALJ") to deny the plaintiff benefits is supported by substantial evidence.

On May 27, 2005, the Plaintiff filed objections to the Magistrate Judge's report and recommendation. This Court must make a *de novo* determination of those portions of the Magistrate Judge's report and recommendation to which objection is made, 28 U.S.C. § 636(b)(1)(c).

Having considered the Plaintiff's objections, which the Court finds to be without merit, and having made a *de novo* determination, the Court is in agreement with the Magistrate Judge's report and recommendation. Therefore, the Plaintiff's objections will be overruled.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that

(1) the Magistrate Judge's report and recommendation [DE #12] is ADOPTED as and for the opinion of the Court;

(2) the Plaintiff's Motion for Summary Judgment [DE #9] is OVERRULED;

(3) the Defendant's Motion for Summary Judgment [DE #10] is GRANTED; and

(4) judgment in favor of the Defendant will be entered contemporaneously herewith.

This the 21st day of June, 2005.

Signed By:

*Karen K. Caldwell* KKC

United States District Judge